

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2018

No. 04-18-00577-CV

**IN RE L.S.D.**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01575
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due October 16, 2018. Neither the brief nor a motion for extension of time has been filed. We **ORDER** Stephanie Wilke, appellant's court-appointed appellate attorney, to file appellant's brief by **November 2, 2018**. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Given the time constraints governing the disposition of this appeal, requests for further extensions of time will be disfavored.

If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal. See Tex. Fam. Code Ann. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); In re M.S., 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court